**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 97-6764

PRENTISS QUICK,

Petitioner - Appellant,

versus

ATTORNEY GENERAL OF THE STATE OF NORTH CARO-
LINA; KENNETH SETZER, Superintendent; FRANKLIN
FREEMAN, Secretary, North Carolina Department
of Corrections,

Respondents - Appellees.

Appeal from the United States District Court for the Middle Dis-
trict of North Carolina, at Greensboro.  James A. Beaty, Jr.,
District Judge.  (CA-96-709-2)

Submitted:  October 31, 1997      Decided:  November 14, 1997

Before MURNAGHAN, LUTTIG, and MICHAEL, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Prentiss Quick, Appellant Pro Se.  Clarence Joe DelForge, III,
OFFICE OF THE ATTORNEY GENERAL OF NORTH CAROLINA, Raleigh, North
Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1997). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability, deny Appellant's motion for leave to proceed in forma pauperis and motion for appointment of counsel, and dismiss the appeal on the reasoning of the district court. Quick v. Attorney Gen. of North Carolina, No. CA-96-709-2 (M.D.N.C. May 2, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2